**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES A. ROZELL, | |
| Plaintiff, | CIVIL ACTION NO. 3:11-CV-0914 |
| v. | |
| SUSQUEHANNA COUNTY PROBATION DEPARTMENT, et al., | (JUDGE CAPUTO) |
| Defendants. | |

## ORDER

**NOW** this 15th day of January, 2013, after consideration of the Magistrate Judge's Report and Recommendation (Doc. 43), **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 43) is **ADOPTED.**

(2) Defendant Susquehanna County Probation Department's Motion to Dismiss (Doc. 9) is **GRANTED**.

(3) Defendants Pennsylvania State Police and Glen Whitney's Motion to Dismiss (Doc. 19) is **GRANTED**.


/s/ A. Richard Caputo

A. Richard Caputo
United States District Judge