**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES A. ROZELL,<br><br>    Plaintiff,<br><br>        v.<br><br>JAMES HANJARAS, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO. 3:11-CV-0914<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW** this 9th day of May, 2013, **IT IS HEREBY ORDERED** that Plaintiff James A. Rozell's Motion for Reconsideration (Doc. 54) is **DENIED**.


/s/ A. Richard Caputo

A. Richard Caputo
United States District Judge