IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES A. ROZELL, | |
| Plaintiff, | No. 3:11-CV-914 |
| v. | (JUDGE CAPUTO) |
| JAMES HANJARAS, *et al.*, | (MAGISTRATE JUDGE SCHWAB) |
| Defendants. | |

## ORDER

NOW this 10th day of May, 2013, upon review of the Report and Recommendation of Magistrate Judge Susan E. Schwab (Doc. 59) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 59) is **ADOPTED.**

(2) Plaintiff James A. Rozell's Motion for Summary Judgment (Doc. 50) is **DENIED**.

(3) This matter is **RECOMMITTED** to the magistrate judge.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge