IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES A. ROZELL, | CIVIL ACTION NO. 3:11-CV-914 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | (MAGISTRATE JUDGE SCHWAB) |
| JAMES HANJARAS, et al., | |
| Defendants. | |

## ORDER

**NOW**, this 15th day of January, 2014, upon review of the Report and Recommendation of Magistrate Judge Schwab (Doc. 104) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report & Recommendation (Doc. 104) is **ADOPTED**.

(2) The Motion of Defendant James Hanjaras to Dismiss the Compliant (Doc. 66) is **GRANTED**. The claims against Defendant James Hanjaras are **DISMISSED with prejudice**.

(3) The Motion of Defendant Judy Thomas to Dismiss the Complaint (Doc. 74) is **GRANTED**. The claims against Defendant Judy Thomas are **DISMISSED with prejudice**.

(4) The Motion of Defendant Matthew Thomas to Dismiss the Complaint (Doc. 75) is **GRANTED**. The claims against Defendant Matthew Thomas are **DISMISSED with prejudice**.

(5) The Motion of Defendant Robert Thomas to Dismiss the Complaint (Doc. 76) is **GRANTED**. The claims against Defendant Robert Thomas are **DISMISSED with prejudice**.

(6) The matter is **RECOMMITTED** to Magistrate Judge Schwab for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge